**(Official Form 1) (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois, Western Division** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Nelson, Eric A.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Nelson, Rayetta L.** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): **7859** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): **6395** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1732 Egan**<br>**Leaf River, IL  61046** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**1732 Egan**<br>**Leaf River, IL  61046** |
| County of Residence or of the Principal Place of Business:  **Ogle** | County of Residence or of the Principal Place of Business:  **Ogle** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor (if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [x] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other _____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [x] Chapter 7   [ ] Chapter 11   [ ] Chapter 13
- [ ] Chapter 9   [ ] Chapter 12
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- [x] Consumer/Non-Business   [ ] Business

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

**VOLUNTARY PETITION**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**(Official Form 1) (12/03)**   FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Nelson, Eric A. & Nelson, Rayetta L.** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ***/s/ Eric A. Nelson***
Signature of Debtor     **Eric A. Nelson**

X ***/s/ Rayetta L. Nelson***
Signature of Joint Debtor     **Rayetta L. Nelson**

Telephone Number (If not represented by attorney)
**October 15, 2005**
Date

**Signature of Attorney**

X ***/s/ Joseph D. Olsen***
Signature of Attorney for Debtor(s)
**Joseph D. Olsen 28439**
Printed Name of Attorney for Debtor(s)
**Joseph D. Olsen**
Firm Name
**1318 East State Street**
Address
**Rockford, IL  61104**

Telephone Number
**October 15, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X ***/s/ Joseph D. Olsen***     **10/15/05**
Signature of Attorney for Debtor(s)     Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

**Nelson, Eric A.**
1732 Egan
Leaf River, IL  61046

**Gateway Community Bank**
5390 Williams Drive
Roscoe, IL  61073

**Stillman BanCorp, N.A.**
101 East Main Street
Stillman Valley, IL  61084-0150

**Nelson, Rayetta L.**
1732 Egan
Leaf River, IL  61046

**GM Card**
PO Box 37281
Baltimore, MD  21297-3281

**Union Plus**
PO Box 17051
Baltimore, MD  21297

**Joseph D. Olsen**
1318 East State Street
Rockford, IL  61104

**GMAC**
PO Box 90001952
Louisville, KY  40290-1952

**Winnebago County Treasurer**
PO Box 1216
Rockford, IL  61105

**Aspire**
PO Box 105555
Atlanta, GA  30348-5555

**Internal Revenue Service**
Kansas City, MO  64999

**Associated Bank**
PO Box 3119
Milwaukee, WI  53201-3119

**Lowes**
PO Box 4596
Carol Stream, IL  60197

**Capital One**
PO Box 790216
St. Louis, MO  63179-0216

**Monterey**
PO Box 2809
Carlsbad, CA  92018

**Caterpillar**
PO Box 905561
Charlotte, NC  28290-5561

**Norlarco Credit Union**
PO Box 528
Fort Collins, CO  80522-0528

**Citicorp**
PO Box 688906
Des Moines, IA  50368

**Ogle County Treasurer**
PO Box 40
Oregon, IL  61010

**Citifinancial**
PO Box 6931
The Lakes, NV  88901

**Ringland-Johnson**
C/O Attorney Mark Gravino
321 W. State St., #400
Rockford, IL  61101

**Countrywide Mortgage**
PO Box 650070
Dallas, TX  75265-0070

**Sears**
PO Box 182156
Columbus, OH  43218-2156