Case Name:  NELSON, ERIC A.
            NELSON, RAYETTA L.
Case No:    05-77357

## CERTIFICATION OF REVIEW

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 5/10/06                    WILLIAM T. NEARY
                                  United States Trustee, Region 11


                          BY:    */s/ Sheree G. Dandurand*
                                  SHEREE G. DANDURAND
                                  Assistant U.S. Trustee

****Attorney James Stevens has agreed to reduce his Trustee Compensation by $5,500.  An amended order will be filed reducing his Trustee Compensation to $15,252.48.