IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
NELSON, ERIC A
NELSON, RAYETTA L

CASE NO. 05-77357 MB

Judge Manuel Barbosa

Debtor(s)

Social Security/Employer Tax ID Number: xxx-xx-6395

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At:  U.S. BANKRUPTCY COURT
        211 South Court Street, Room 220
        Rockford, IL  61101

   on:  June 5, 2006
   at:  9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| JAMES E. STEVENS Trustee | $ 0.00 | $ 20,752.48 | |
| Barrick, Switzer, Long, Balsley & Van Evera Trustee's Firm Legal | $ 0.00 | $ 3,433.00 | |
| Barrick, Switzer, Long, Balsley & Van Evera Trustee's Firm Legal | $ 0.00 | $ | 292.25 |

4. The Trustee's Final Report shows total:

   a. Receipts                             $    350,049.68

   b. Disbursements                        $    321,303.68

   c. Net Cash Available for Distribution  $     28,746.00

EXHIBIT A

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $161,506.25. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $0.00, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $12,748.73, resulting in an approximate distribution of 0.00% to unsecured creditors.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: 5/11/06

James E. Stevens

EXHIBIT A

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

357    Doc 31    Filed 05/11/06    Entered 05/13/06 23:30:33    Desc Imaged
Certificate of Service    Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-3           User: cshabez              Page 1 of 1              Date Rcvd: May 11, 2006
Case: 05-77357                 Form ID: pdf002            Total Served: 35

The following entities were served by first class mail on May 13, 2006.
db         +Eric A. Nelson,    1732 Egan,    Leaf River, IL 61047-9435
jdb        +Rayetta L. Nelson,    1732 Egan,    Leaf River, IL 61047-9435
aty        +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
aty        +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
             Rockford, IL 61108-2579
tr         +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
             Rockford, IL 61108-2579
cr         +General Motors Acceptance Corp,    2740 Arthur St,    Roseville, MN 55113-1303
10322677    Aspire,    PO Box 105555,    Atlanta, GA 30348-5555
10322678    Associated Bank,    PO Box 3119,    Milwaukee, WI 53201-3119
10322679    Capital One,    PO Box 790216,    St. Louis, MO 63179-0216
10322680    Caterpillar,    PO Box 905561,    Charlotte, NC 28290-5561
10578078   +Citibank (South Dakota)/Choice,    Exception Payment Processing,    POB 6305,
             The Lakes NV 88901-6305
10553937   +Citibank (USA),    POB 182149,    Columbus OH 43218-2149
10322681   +Citicorp,    PO Box 688906,    Des Moines, IA 50368-8906
10322682   +Citifinancial,    PO Box 6931,    The Lakes, NV 88901-6931
10462493   +Control Panels,    c/o Attorney Kim Casey,    POB 589,    Rockford, IL 61105-0589
10322683    Countrywide Mortgage,    PO Box 650070,    Dallas, TX 75265-0070
10322685    GM Card,    PO Box 37281,    Baltimore, MD 21297-3281
10322686    GMAC,    PO Box 90001952,    Louisville, KY 40290-1952
10322684   +Gateway Community Bank,    5390 Williams Drive,    Roscoe, IL 61073-7320
10322687  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court: Internal Revenue Service,    Kansas City, MO 64999-0001)
10586572    Illinois Department of Employment Securities,    260 East Indian Trail Road,
             Aurora, IL 60505-1733
10586571    Illinois Department of Revenue,    PO Box 19084,    Springfield, IL 62794-9084
10322676   +Joseph D Olsen,    1318 East State Street,    Rockford, IL 61104-2228
10322688   +Lowes,    PO Box 4596,    Carol Stream, IL 60197-4596
10322689   +Monterey,    PO Box 2809,    Carlsbad, CA 92018-2809
10322674   +Nelson Eric A,    1732 Egan,    Leaf River, IL 61047-9435
10322675   +Nelson Rayetta L,    1732 Egan,    Leaf River, IL 61047-9435
10322690    Norlarco Credit Union,    PO Box 528,    Fort Collins, CO 80522-0528
10322691   +Ogle County Treasurer,    PO Box 40,    Oregon, IL 61061-0040
10322692   +Ringland-Johnson,    C/O Attorney Mark Gravino,    321 W. State St., #400,    Rockford, IL 61101-1128
10322693    Sears,    PO Box 182156,    Columbus, OH 43218-2156
10462492   +Steiner Electric,    1275 Toughy Avenue,    Elk Grove, IL 60007-5301
10322694   +Stillman BanCorp, N.A.,    101 East Main Street,    Stillman Valley, IL 61084-9027
10322695   +Union Plus,    PO Box 17051,    Baltimore, MD 21297-1051
10322696   +Winnebago County Treasurer,    PO Box 1216,    Rockford, IL 61105-1216
The following entities were served by electronic transmission.
NONE.                                                                                               TOTAL: 0
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Associated Bank
r               Ed Hornbeck
aty*           +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
                 Rockford, Il 61108-2579
                                                                                               TOTALS: 2, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 13, 2006**                    **Signature:** *Joseph Speetjens*