Case Name:   NELSON, ERIC A.
                      NELSON, RAYETTA. L.
Case No:     05-77357

## CERTIFICATION OF REVIEW

      The U.S. Trustee has reviewed the Trustee's Amended Distribution Report in the above-entitled case.

Dated: 6/7/07                      WILLIAM T. NEARY
                                     United States Trustee, Region 11

                           BY:   */s/ Sheree G. Dandurand*
                                   SHEREE G. DANDURAND
                                   Assistant U.S. Trustee