UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| ERIC A. NELSON AND | ) | Case No. 05 B 77357 |
| RAYETTA L. NELSON, | ) | |
| | ) | |
| Debtors. | ) | Judge Manuel Barbosa |

## TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE

TO: THE HONORABLE BANKRUPTCY JUDGE MANUEL BARBOSA

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks were issued. Evidence of all cancelled checks are attached as Group Exhibit "A,

The final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, request that he be discharged, and the case closed pursuant to 11 U.S.C. Section 350,

TRUSTEE, JAMES E. STEVENS

## CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Dated: _____

WILLIAM T. NEARY,
United States Trustee

By:_____
Carole Ryczek, Attorney for the U.S. Trustee

BARRICK, SWITZER, LONG
BALSLEY & VAN EVERA
BY: JAMES E. STEVENS
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611

**JPMorganChase** ⬡

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

August 01, 2007 through August 31, 2007

Account Number: **000312976845866**



---

### CUSTOMER SERVICE INFORMATION

Service Center:              **1-800-634-5273**

---

00018648 DBI 802 24 24707 · NNN  1 000000000 68 0000
05-77357 NELSON ERIC A
NELSON RAYETTA L DEBTOR
330420 JAMES STEVENS TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## CHECKING SUMMARY | Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$1,288.32** |
| Checks Paid | 1 | - 1,288.32 |
| **Ending Balance** | **1** | **$0.00** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 105 | 08/08 | $1,288.32 |
| **Total Checks Paid** |  | **$1,288.32** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 08/08 | $0.00 |



---

**JPMorganChase** ◑

# IMAGES

**ACCOUNT # 000312976845866**



| | JPMORGAN CHASE BANK, N.A. | VOID AFTER 90 DAYS | 103 |
| --- | --- | --- | --- |

Case    Debtor:
05-77357 MD    NELSON, ERIC A
312976845866    NELSON, RAYETTA L

JAMES E. STEVENS
4433 STALTER
ROCKFORD IL 61108

Date   06/11/2007   $ ******29,533.74

---Twenty-Nine Thousand Five Hundred Thirty-Three Dollars and 74/100

Pay to the
Order of   Internal Revenue Service Kansas City, MO 64999 Last Date to
Last Date to File (Govt) 02/14/2006
Filing Status

Trustee

⑈000000103⑈  ⑆021000021⑈312976845866⑈  ⑈0002953374⑈

008270186181 JUN 18 #0000000103 $29,533.74

008270186181 JUN 18 #0000000103 $29,533.74

18431113002001014212

**JPMorganChase** ⬡

June 30, 2007 through July 31, 2007
Account Number: **000312976845866**

## IMAGES

ACCOUNT # 000312976845866





008670878654 JUL 03 #0000000104 $2,009.61



008670878654 JUL 03 #0000000104 $2,009.61

**JPMorganChase** ⬤

August 01, 2007 through August 31, 2007

Account Number: **000312976845866**

# IMAGES

ACCOUNT # 000312976845866



⬤ JPMORGAN CHASE BANK, N.A.                          VOID AFTER 90 DAYS          105
        6 New York Plaza, 17th Floor, New York, NY 10004

| Case | Debtor |
|------|--------|
| 01-77357 MD | NELSON, ERIC A |
| 312976845866 | NELSON, RAYETTA L |

JAMES E STEVENS
4600 STAT ILA
ROCKFORD IL 61108

4100605-5   12/2/10
Co 2/04
6-11-07

Date   06/11/2007                $ ********1,288.32

---One Thousand Two Hundred Eighty-Eight Dollars and 32/100

Pay to the
Order of   Illinois Department of Employment Securities
           200 East Indian Trail Road
           Aurora IL 60505 1733

400605
36-3786313

Trustee

⑅000000105⑅ ⑆021000021⑆ 312976845866⑆          /000012883 2⑆

009070568078 AUG 08 #0000000105 $1,288.32

009070568078 AUG 08 #0000000105 $1,288.32